FILED: April 23, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4324

(5:12-cr-00059-H-1)

_____

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

FELIX A. OKAFOR

        Defendant - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of North Carolina at Raleigh |
| Originating Case Number | 5:12-cr-00059-H-1 |
| Date notice of appeal filed in originating court: | 04/22/2014 |
| Appellant | Felix A. Okafor |
| Appellate Case Number | 14-4324 |
| Case Manager | Amy L. Carlheim<br>804-916-2788 |