FILED: October 8, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-4324
(5:12-cr-00059-H-1)
_____

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

FELIX A. OKAFOR

       Defendant - Appellant

_____

O R D E R
_____

Appellant has filed a motion to exceed the length limitations established by this court's Local Rule 32(a) for the joint appendix.

The court grants appellant leave to file a joint appendix not to exceed 540 pages.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk